L'ECLUSE, WASHBURN & CO., Appellant, v. VALENTINE, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by L'Ecluse, Washburn & Co. against Benjamin E. Valentine. No opinion. Judgment affirmed, with costs.

---

LEE v. EQUITABLE LIFE ASSUR. SOC. OF UNITED STATES et al. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Charles W. Lee against the Equitable Life Assurance Society of the United States and G. S. Reynolds, as administrator, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements, without considering the question of the right of the foreign administrator to be made a party to the action. See Flandrow v. Hammond, 13 App. Div. 325, 43 N. Y. Supp. 143, and cases therein cited.

KRUSE, J., dissents, upon the ground that the answer cannot be stricken out on this motion.

---

LEE, Appellant, v. HAMILTON et al., Respondents. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Gertrude E. Lee against Francis Hamilton and others. G. L. Lewis, for appellant. E. W. Walker, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LENZ, Respondent, v. WALLACE WALL PAPER CO., Appellant. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Leopold Lenz against the Wallace Wall Paper Company. F. Pierce, for appellant. M. Weill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LEPORE, Respondent, v. GALLO, Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by John Lepore against Frank Gallo.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR and RICH, JJ., dissent.

---

LERCH, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant (two cases.) (Supreme Court, Appellate Division, First Department. March 24, 1911.) Actions by Henry Lerch and by Anna G. Lerch against the Interborough Rapid Transit Company. J. O. Nichols, for appellant. B. Moore, for respondent. No opinions. Judgments affirmed, with costs. Orders filed.

---

LESSLER v. GERLI. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Michael Lessler against Paul Gerli. No opinion. Application granted. Order signed. See, also, 126 N. Y. Supp. 697.

---

LEVINE et al. v. ROSENCHEIN. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Phillip Levine and another against Isidor Rosenchein. No opinion. Judgment and order affirmed on reargument, without costs. See, also, 134 App. Div. 157, 118 N. Y. Supp. 890.

---

LEVY, Respondent, v. ALLISON et al., Appellants. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Charles E. Levy against William O. Allison and others. E. H. Green, for appellants. L. H. Hall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LEVY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Benjamin Levy, by David Levy, his guardian ad litem, against the City of New York. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that plaintiff showed prima facie that he was entitled to recover.

---

LEVY, Respondent, v. CONSUMERS' PARK BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Morris Levy against the Consumers' Park Brewing Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

LIEBMAN, Respondent, v. GARDINER, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by David Liebman against Sidney H. Gardiner. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

---

LINCK et al. v. VAZZANA et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Julia Linck and others against Ferruccio Vazzana and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

LODEWYK v. MULLER et al. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Elizabeth M. Lodewyk, by Elizabeth Lodewyk, her guardian ad litem, against William J. Muller and the H. J. Koehler Sporting Goods Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

LODEWYK v. MULLER et al. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Elizabeth Lodewyk, an infant, etc., by her guardian ad litem, against William J. Muller and the H. J. Koehler Sporting Goods Company. No opinion. Motion denied, with $10 costs. See, also, supra.